**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF VIRGINIA**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   BF Management LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   83-3439778

4. **Debtor's address**

   Principal place of business:  
   34877 Harry Byrd Hwy  
   Number  Street  

   Round Hill    VA    20141  
   City          State  ZIP Code  

   Loudoun  
   County

   Mailing address, if different from principal place of business:  
   Number  Street  
   P.O. Box  
   City          State  ZIP Code  

   Location of principal assets, if different from principal place of business  
   Number  Street  
   City          State  ZIP Code

5. **Debtor's website (URL)**  
   www.byndfit.com

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **BF Management LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**7 1 3 9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  Check all that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                         MM / DD / YYYY
        District _____ When _____ Case number _____
                                         MM / DD / YYYY
        District _____ When _____ Case number _____
                                         MM / DD / YYYY

Debtor **BF Management LLC** _____  Case number (if known) _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
             District _____  When _____
             Case number, if known _____  MM / DD / YYYY

             Debtor _____  Relationship _____
             District _____  When _____
             Case number, if known _____  MM / DD / YYYY

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**    (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**
    _____
    Number    Street

    _____

    _____
    City                          State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

### Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **BF Management LLC** _____ Case number (if known) _____

| 14. Estimated number of creditors | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| 15. Estimated assets | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/01/2023**
MM / DD / YYYY

X **/s/ Raymond Rahbar**           **Raymond Rahbar**
Signature of authorized representative of debtor    Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ John P. Forest, II**           Date **06/01/2023**
Signature of attorney for debtor           MM / DD / YYYY

**John P. Forest, II**
Printed name

**Law Office of John P. Forest, II**
Firm name

**11350 Random Hills Rd., Suite 700**
Number    Street

**Fairfax**           **VA**    **22030**
City           State    ZIP Code

**(703) 691-4940**           **j.forest@stahlzelloe.com**
Contact phone           Email address

**33089**
Bar number           State

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: BF MANAGEMENT LLC )<br>)<br>) | Docket Number 23- |
| Debtor ) | Chapter 11 |
| ) | |

**STATEMENT FOR
BALANCE SHEET, TAX RETURN, STATEMENT
OF OPERATIONS, TAX RETURN, AND CASH-FLOW STATEMENT**

Pursuant to 11 U.S.C. § 1116, the Debtor states that there is no Balance Sheet, Statement of Operations, Tax Return, or Cash-Flow Statement.

BF Management LLC

By: /s/ Raymond Rahbar
Name: Raymond Rahbar
Title: CEO

Date: June 1, 2023

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| IN RE: BF MANAGEMENT LLC | ) ) ) | Docket Number 23- |
| Debtor | ) ) ) | Chapter 11 |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Fed. R. Bankr. P. 7007.1(a), the Debtor states that there is no information to report pursuant to this Rule.

Under penalty of perjury, the undersigned certifies that the above is true and correct.

BF Management LLC

By:   /s/ Raymond Rahbar
Name: Raymond Rahbar
Title:  CEO

Date:  June 1, 2023

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: BF MANAGEMENT LLC ) ) ) Debtor ) ) | Docket Number 23- Chapter 11 |

## LIST OF EQUITY SECURITY HOLDERS

The Debtor states that the following are the person who hold equity securities in the Debtor:

| Name: | Membership Interest: |
|---|---|
| Raymond Rahbar | 100% |

Under penalty of perjury, the undersigned certifies that the above is true and correct.

BF Management LLC

By:   /s/ Raymond Rahbar
Name: Raymond Rahbar
Title: CEO

Date: June 1, 2023

# MINUTES AND RESOLUTION OF THE SPECIAL
# MEETING OF THE MEMBERS OF BF MANAGEMENT LLC

Minutes of the special meeting of the Member of BF Management LLC (the "Company") called pursuant to proper notice and the vote of the Member as indicated by any signature(s) hereon.

WHEREAS, it is appropriate that the Company to consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

RESOLVED, that Raymond Rahbar be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Company; and

RESOLVED, that Raymond Rahbar be, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Company.

DATED and effective this 1st day of June 2023.

There being no further business, the meeting was thereupon adjourned.

MEMBER:

/s/ Raymond Rahbar
Raymond Rahbar
Membership Interest: 100%

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ **Division**

In re   BF Management LLC

                                            Case No. 

                                            Chapter   11

Debtor(s)

**COVER SHEET FOR LIST OF CREDITORS**

      I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

      I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a)   __✔__   flash drive listing a total of __17__ creditors; or

(b)   _____   scannable hard copy, with Request for Waiver attached, consisting of _____ pages, listing a total of _____ creditors

                                                             /s/ Raymond Rahbar
                                                                     Debtor

                                                                   Joint Debtor

Date: _____   *[Check if applicable]* _____ Creditor(s) with foreign addresses included on flash drive/hard copy.

[cscredit ver. 11/19]

AMC Building Group, Inc
34877 Harry Byrd Highway
Round Hill, VA 20141

Borzou Azabdaftari
1117 Trotting Horse La.
Great Falls, VA 22066

Carl Piere
205 Yoakum Pkwy
Alexandria, VA 22304

Cintas
P.O. Box 631025
Cincinnati, OH 45263

Genesys Impact
1003 K St., N.W.
Suite 600
Washington, DC 20001

Josh Wu
2525 10th St N
Arlington, VA 22201

Justin Hay
4605 N. 22nd St.
Arlington, VA 22207

Michael Rosengart
8250 Westpark Dr.
Apt 823
McLean, VA 22102

Moki Media (Outreach/Publicity)
1305 Wisconsin Ave., N.W.
Suite #2A
Washington, DC 20007

Motionsoft
1451 Rockville Pile
Rockville, MD 20852

Pepco
701 9th St., N.W.
Washington DC 20068

Raymond Rahbar
10110 Nedra Dr.
Great Falls, VA 22066

Rockbot
1625 Clay St #500
Oakland, CA 94612

Ryan MaCauley
2228 Jacob Way
Gambrils, MD 21054

Single Point Global
21720 Red Rum Dr.
Unit 122
Ashburn, VA 20147

Carl Piere
205 Yoakum Pkwy
Alexandria, VA 22304

That's What You Get, LLC
34877 Harry Byrd Highway
Round Hill, VA 20141