**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Alexandria_____ Division

In re  BF Management LLC                                                  Case No.  23-10919-BFK

Debtor(s)                                          Chapter 7

**ORDER OF CONVERSION OF CHAPTER 11 TO CHAPTER 7**

Upon consideration of the record herein and it appearing that the debtor(s) filed a petition under Chapter 11 of Title 11 of the United States Code on 06/01/2023, and subsequently, on 07/28/2023, a motion to convert this case from Chapter 11 to Chapter 7 of Title 11 of the United States Code was filed by Office of the U.S. Trustee, and it appearing that this case should proceed as a Chapter 7 pursuant to Title 11 of the United States Code, Section 1112. Accordingly, it is **ORDERED** that:

1. The case is converted to one under Chapter 7 of the Bankruptcy Code;

2. The debtor(s) or trustee, if applicable, shall file a final report and account as required by Federal Rule of Bankruptcy Procedure 1019(5) with the Court within **30 days** of the entry of this order, with a copy to be mailed to the United States Trustee;

3. The debtor(s), pursuant to Local Bankruptcy Rule 1017-1(A), shall file with the Court within **14 days** after the conversion of this case as applicable, either:
    (a) a schedule of unpaid debts incurred after commencement of original bankruptcy case, and a list of creditors in the format required by the Clerk, **or**
    (b) a certification that no unpaid debts have been incurred since the commencement of the case.

_[If the debtor fails to file the schedule and list referred to above on the date of conversion of the case, any such subsequent filing shall be treated as an amendment under Local Bankruptcy Rule 1009-1 and the debtor shall be required to give all required notices and distribute all required copies, including copies to the trustee and the United States Trustee.]_

4. **_[If individual]_** The debtor(s), pursuant to Federal Rule of Bankruptcy Procedure 1019(1)(B), shall file with the Court a Statement of Intention with respect to secured property, if required, within **30 days** of entry of this order or before the first date set for the meeting of creditors in the converted case, whichever is earlier.

5. **_[If applicable]_** If the Chapter 11 plan had been confirmed, the debtor(s) shall file within **45 days** of the date of this order, pursuant to Federal Rule of Bankruptcy Procedure 1019(5), either:
    (a) a schedule of property not listed in the final report and account acquired after filing of the original petition but before entry of conversion order and a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the original petition but before entry of the conversion order, **or**
    (b) a certification that the schedules already filed accurately reflect the debtor's financial affairs as of the date the case was converted.

6. **_[If Individual Debtor and if original case filed on or after October 17, 2005]_** The debtor, pursuant to Local Bankruptcy Rule 1017-1(C), shall file with the Court within **14 days** after the conversion of this case Official Form 122A-1, "Chapter 7 Statement of Your Current Monthly Income."

Date:  Sep 12 2023                                                        /s/ Brian F Kenney
                                                                          United States Bankruptcy Judge

                                                                          NOTICE OF JUDGMENT ORDER
                                                                          ENTERED ON DOCKET
                                                                           September 13, 2023

[ocon117p ver. 12/15]