Gerard R. Vetter
Acting United States Trustee
For Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
Jack Frankel, Attorney, VSB # 15019
Email: jack.i.frankel@usdoj.gov

# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

In re:                                                          Case No. 23-10919-BFK

**BF Management LLC,**

   Debtor.                                                      Chapter 7

### Order Denying Employment Application of Debtor's Attorney

The motion to approve the employment of John P. Forest, II, as attorney for the Debtor, (docket no. 42), came before the Court for hearing on Tuesday, September 26, 2023.

The attorneys for the Acting United States Trustee for Region 4 and the Debtor were both present at the hearing.

Now, for reasons stated from the bench, it is hereby ordered:

1. The employment application is denied.

2. The five thousand dollars ($5,000) received by John P. Forest, II, as compensation for this case, (docket no. 41) shall be turned over to the Chapter 7 Trustee, Janet M. Meiburger within 14 days of the entry of this order.

3. The Clerk shall serve a copy of this order on the parties listed below.

Sep 27 2023

/s/ Brian F Kenney
_____
Brian F. Kenney
Bankruptcy Judge

Entered On Docket: September 27, 2023

Gerard R. Vetter
Acting United States Trustee
For Region 4

/s/ Jack Frankel
Jack Frankel, Attorney
1725 Duke Street, Suite 650
Alexandria, VA 22314

(703) 557-7229

Seen and Objected:

[endorsement refused]
John P. Forest, II
Attorney for Debtor
11350 Randon Hill Rd, Suite 700
Fairfax, VA 22030
(703) 691-4940
Email: john@forestlawfirm.com

cc:

Janet M. Meiburger
Chapter 7 Trustee
The Meiburger Law Firm
1493 Chain Bridge Road, Suite 201
McLean, VA 22101

Raymond Rahbar
Debtor Designee
34877 Harry Byrd Hwy.
Round Hill, VA 20141

## Certificate of Service

I hereby certify that on the 27th day of September, 2023, I e-mailed a true copy of this order to John P. Forest, II, at the email address listed above.

/s/ Jack Frankel